U.S. Department of Justice

United States Attorney

Eastern District of Pennsylvania

*Mark B. Dubnoff*
*Direct Dial: (215) 861-8397*
*Facsimile: (215) 861-8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 1, 2013

Michael E. Kunz
Clerk, United States District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

*RE: United States v. JOEL TILLETT, etal.* 13-CR-175 -File

Dear Mr. Kunz:

I am writing to request that the Indictment in the above-referenced matter be unsealed.

Thanks for your cooperation in this matter.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney

s/MARK B. DUBNOFF
MARK B. DUBNOFF
Assistant United States Attorney